# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32487**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Ralph J. GARCIA**
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 29 May 2018

————————————

*Military Judge:* John C. Degnan.

*Approved sentence:* Bad-conduct discharge, confinement for 2 months, reduction to E-1, and a reprimand. Sentence adjudged 30 August 2017 by SpCM convened at Vandenberg Air Force Base, California.

*For Appellant:* Captain Meghan Glines-Barney, USAF.

*For Appellee:* Mary Ellen Payne, Esquire.

Before MAYBERRY, HARDING, and SPERANZA, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court